IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01064-REB-MEH

CHARLES LOWELL KENTZ,

    Plaintiff,

v.

LIEUTENANT BORJA, and
LIEUTENANT MOLINA, Special Investigation Supervisors of FCI – Florence, Colorado, each sued personally and in their individual capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 28, 2009.**

    Plaintiff's Motion for Leave to Amend Opposition to Defendants' Motion to Dismiss [docket #39] is **granted**. Defendants may file a reply to the Plaintiff's response and supplemental opposition brief **on or before February 10, 2009**.